IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2015 OCT 13 AM 10: 51
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Daniel Hull, )
        Petitioner-Defendant, )
         )
vs. ) Case No.: 15-cv-123 BBC
         ) (in re: 01-CR-69)
UNITED STATES OF AMERICA, )
        Respondent-Plaintiff. )

## NOTICE OF APPEAL
### Under Rule 4, Federal Rules Of Appellate Procedure

Petitioner respectfully gives notice of appeal in regards to the District Court's Order of 8-18-2015 denying his 2255 Motion. (Judgment-Document No.: 12)

Respectfully submitted,

_Daniel Hull_,
Daniel Hull

### Certificate Of Service

I certify that I have served a copy of this Notice Of Appeal on the U.S. Attorneys' Office at Suite #700 222 W. Wash Ave, Madison WI 53703, by placing same in a postage prepaid envelope and utilizing the prison legal mail on this 6th day of October 2015. (<u>Houston v. Lock</u>, 487 U.S. 266 (1988)).

Signed: _Daniel Hull_